IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD F. HILDRE,

    Plaintiff,

v.

WELLS FARGO BANK, LTD., ET AL.,

    Defendants.

No. C 08-05229 JSW

**ORDER SETTING CASE MANAGEMENT DATES**

Having reviewed the parties' joint case management conference statement, IT IS HEREBY ORDERED that:

(1) Defendants shall answer, move or otherwise respond to the complaint on or before April 6, 2009;

(2) Should Defendants file a motion to dismiss the complaint, the briefing schedule on such motion shall be as follows:

    (a) Plaintiff shall file any opposition to Defendants' motion to dismiss on or before May 15, 2009;

    (b) Defendants shall file any reply in support of the motion to dismiss on or before June 15, 2009.

(3) The motion to dismiss shall be heard on July 10, 2009 at 9:00 a.m., followed immediately by a case management conference. The parties shall submit their joint case management statement by no later than July 3, 2009.

(4) The motion to be relieved as counsel filed by Girardi & Keese shall be heard on May 1, 2009. Any opposition to the motion shall be filed by no later than April 17, 2009 and any reply shall be filed by no later than April 24, 2009.

(5) The case management conference set for March 6, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 2, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE