1  David C. Powell (SBN 129781)
   Email: dcpowell@reedsmith.com
2  Heather B. Hoesterey (SBN 201254)
   Email: hhoesterey@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
6

7  Attorneys for Defendants Wells Fargo Bank,
   Ltd.; Wells Fargo Investments, LLC; and Wells
8  Fargo Private Investment Advisors, LLC

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

| DONALD F. HILDRE, on behalf of himself and all others similarly situated, | No.: C 08 05229 JSW |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE REQUEST TO RESCHEDULE HEARING DATE ON MOTION TO DISMISS AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WELLS FARGO BANK, LTD. a California Corporation; WELLS FARGO INVESTMENTS, LLC, a Delaware Corporation; WELLS FARGO PRIVATE INVESTMENT ADVISORS, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

WHEREAS, on March 2, 2009, the parties to this action, by and through their respective counsel of record, submitted to this Court a Joint Case Management Statement which provided as follows:

The parties in the related action of C-08- 1962 (JSW), *Van Dyke v. Wells Fargo & Co. et al.* (the "*Van Dyke* Action."), had submitted to this Court a Stipulation and Proposed Order Setting Schedule which provided as follows:

(1) Defendants shall answer, move or otherwise respond to the amended complaint on or before April 6, 2009;

No.: CV 08 1962                                – 1 –                                US_ACTIVE-101331600.2
STIPULATION AND [PROPOSED] ORDER RE REQUEST TO RESCHEDULE HEARING DATE
AND CASE MANAGEMENT CONFERENCE

1  (2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule
2  on such motion shall be as follows
3  (a) Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or
4  before May 15, 2009; and
5  (b) Defendants shall file any reply in support of the motion to dismiss on or before
6  June 15, 2009; and
7  (3) requesting the same briefing schedule in this matter in the interest of judicial economies;
8  and
9  WHEREAS on March 2, 2009, this Court entered an Order Setting Case Management Dates
10 setting the hearing on the motion to dismiss for July 10, 2009 at 9:00 A.M. and setting a Case
11 Management Conference for July 10, 2009 at 9:00 a.m., with a Case Management Conference
12 Statement due by July 6, 2009; and
13 WHEREAS counsel for Defendants is unavailable on July 10, 2009 due to a scheduled
14 vacation, and
15 WHEREAS Plaintiff's counsel has filed a Motion to be Relieved as Counsel and does not
16 oppose a request to reschedule the hearing on the Motion to Dismiss and Case Management
17 Conference
18 IT IS HEREBY STIPULATED and requested by and between the parties to this action,
19 through their respective counsel of record, that the Court may make an enter an Order rescheduling
20 the hearing date on Defendants' Motion to Dismiss and the date of the Case Management
21 Conference to July 31, 2009 at 9:00 a.m., or this Court's first available date thereafter. The parties
22 do not intend to alter the briefing schedule on Defendants' Motion to Dismiss.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: March __, 2009

REED SMITH LLP

By   /s/ Heather B. Hoesterey
   Heather B. Hoesterey
   Attorneys for Defendants Wells Fargo & Co.; Wells Fargo Investments, LLC; Wells Fargo Institutional Securities, LLC; Wells Fargo Services, LLC and Wells Fargo Bank, N.A.

DATED: March __, 2009

GIRARDI KEESE

By   /s/ Thomas S. Girardi
   Thomas S. Girardi
   Neyleen S. Beljajev
   Attorneys for Plaintiff Donald F. Hildre

## [~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation and declaration submitted in support of Request to Reschedule Hearing Date on Motion to Dismiss and to Reschedule Case Management conference, and upon good cause showing, IT IS HEREBY ORDERED THAT:

The Hearing on Motion to Dismiss and Case Management Conference, previously set for July 10, 2009 at 10:00 am, shall be rescheduled.

(1) Defendants shall answer, move or otherwise respond to the amended complaint on or before April 6, 2009;

(2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows

   (a) Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or before May 15, 2009; and

   (b) Defendants shall file any reply in support of the motion to dismiss on or before June 15, 2009; and

(3) The motion to dismiss shall be heard on July 31, 2009 at 9:00 a.m., followed immediately by a case management conference. The parties shall submit their joint case management statement by no later than July 24, 2009.

DATED: March 23, 2009

_____
The Honorable Jeffrey S. While
UNITED STATES DISTRICT JUDGE