David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants Wells Fargo Bank,
Ltd.; Wells Fargo Investments, LLC; and Wells
Fargo Private Investment Advisors, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DONALD F. HILDRE, on behalf of himself and
all others similarly situated,

Plaintiffs,

vs.

WELLS FARGO BANK, LTD. a California
Corporation; WELLS FARGO INVESTMENTS,
LLC, a Delaware Corporation; WELLS FARGO
PRIVATE INVESTMENT ADVISORS, LLC, a
Delaware Corporation; and DOES 1 through 100,
inclusive,

Defendants.

No.: C 08 05229 JSW

**STIPULATION AND [PROPOSED]
ORDER RE BRIEFING SCHEDULE FOR
MOTION TO DISMISS**

WHEREAS, on March 23, 2009, pursuant to the parties' stipulation, this Court entered an

Order re Request to Reschedule Hearing Date on Motion to Dismiss and to Reschedule Case

Management Conference setting the following schedule:

(1) Defendants shall answer, move or otherwise respond to Plaintiff's complaint on or before

April 6, 2009;

(2) Should Defendants file a motion to dismiss the complaint, the briefing schedule on such

motion shall be as follows:

(a) Plaintiff shall file any opposition to Defendants' Motion to Dismiss on or before

May 15, 2009; and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1    (b) Defendants shall file any reply in support of the motion to dismiss on or before

2    June 15, 2009; and

3    (3) The motion to dismiss shall be heard on July 31, 2009 at 9:00 a.m., followed immediately

4    by a case management conference.  The parties shall submit their joint case management statement

5    by no later than July 24, 2009; and

6

7    WHEREAS, on March 2, 2009, this Court entered an Order setting the hearing on the motion

8    to be relieved as counsel filed by Girardi & Keese for May 1, 2009, with any opposition to the

9    motion to be filed by no later than April 17, 2009, and any reply shall to be filed no later than April

10    24, 2009; and

11

12    WHEREAS the parties in the related action of C-08- 1962 (JSW), *Van Dyke v. Wells Fargo*

13    *& Co. et al.* (the "*Van Dyke* Action."), have submitted to this Court a Stipulation and Proposed

14    Order Regarding the Briefing Schedule for the Defendants' Motion to Dismiss; and the parties to

15    this action wish to have the same briefing and hearing schedule for Defendants' Motion to Dismiss

16    in this action as in the *Van Dyke* Action, without affecting or altering the pending schedule for the

17    motion to be relieved as counsel filed by Girardi & Keese;

18

19    IT IS HEREBY STIPULATED and requested by and between the parties to this action,

20    through their respective counsel of record, that the Court may enter an Order rescheduling the

21    briefing schedule for Defendants' Motion to Dismiss as follows:

22

23    (1) Defendants shall answer, move or otherwise respond to Plaintiff's complaint on or before

24    April 20, 2009;

25    (2) Should Defendants file a motion to dismiss the complaint, the briefing schedule on such

26    motion shall be as follows:

27    (a) Plaintiff shall file any opposition to Defendants' Motion to Dismiss on or before

28    May 29, 2009; and

04/03/2009 13:01 FAX 2134811554          GIRARDI & KEESE                      ⌀002

1     (b) Defendants shall file any reply in support of the motion to dismiss on or before

2 June 29, 2009.

3

4     DATED: April 3, 2009

5                                 REED SMITH LLP

6                                 By

7                                 Heather B. Hoesterey

8                                 Attorneys for Defendants Attorneys for Defendants Wells Fargo Bank, Ltd.; Wells Fargo Investments, LLC; and Wells Fargo Private Investment Advisors, LLC

9

10     DATED: April 3, 2009

11                                 GIRARDI KEESE

12                               By

13                                 Thomas S. Girardi

14                                 Neyleen S. Beljajev

15                                 Attorneys for Plaintiff Donald F. Hildre

                                **[PROPOSED] ORDER**

16     Having reviewed the parties' stipulation and declaration submitted in support of Proposed

17 Order re Briefing Schedule for Motion to Dismiss, and upon good cause showing, IT IS HEREBY

18 ORDERED THAT:

19     (1) Defendants shall answer, move or otherwise respond to Plaintiff's complaint on or before

20 April 20, 2009;

21     (2) Should Defendants file a motion to dismiss the complaint, the briefing schedule on such

22 motion shall be as follows:

23         (a) Plaintiff shall file any opposition to Defendants' Motion to Dismiss on or before

24 May 29, 2009; and

25         (b) Defendants shall file any reply in support of the motion to dismiss on or before

26 June 29, 2009; and

27

28

No.: CV 08 05229 JSW

US_ACTIVE-101407394.3

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

        (b) Defendants shall file any reply in support of the motion to dismiss on or before June 29, 2009; and

       (3) The motion to dismiss shall be heard on July 31, 2009 at 9:00 a.m., followed immediately by a case management conference. The parties shall submit their joint case management statement by no later than July 24, 2009.

DATED:     April 6, 2009                                      

                             The Honorable Jeffrey S. White
                             UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS