David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Sarah R. Wolff
Email: swolff@reedsmith.com
Michael S. Leib
Email: mleib@reedsmith.com
REED SMITH LLP
10 S. Wacker Dr., Suite 4000
Chicago, IL 60606-7507
*admitted pro hac vice*
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Thomas O. Jacob (SBN 125665)
Office of General Counsel
Wells Fargo & Co.
MAC A0194-266
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: +1 415 396 4425
Facsimile: +1 415 975 7864

Attorneys for Defendants Wells Fargo Bank, Ltd.; Wells Fargo Investments, LLC; and Wells Fargo Private Investment Advisors, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD F. HILDRE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, LTD. a California Corporation; WELLS FARGO INVESTMENTS, LLC, a Delaware Corporation; WELLS FARGO PRIVATE INVESTMENT ADVISORS, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No.: C 08 05229 JSW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE;** [PROPOSED] **ORDER** |

It is hereby stipulated, by and between plaintiff Donald F. Hildre and defendants Wells Fargo Bank, Ltd., Wells Fargo Investments, LLC and Wells Fargo Private Investment Advisors, LLC, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety without prejudice, each party to bear its own costs and fees.

DATED: July 21, 2009

LAW OFFICES OF THOMAS HAKLAR

By _____
Thomas Haklar
Attorneys for Plaintiff Donald F. Hildre

DATED: July 21, 2009

REED SMITH LLP

By _____
David C. Powell/Heather B. Hoesterey
Attorneys for Defendants Attorneys for Defendants
Wells Fargo Bank, Ltd.; Wells Fargo Investments, LLC; and Wells Fargo Private Investment Advisors, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   July 27, 2009

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

No.: CV 08 05229 JSW — 2 — US_ACTIVE-101913734.1
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER